Mike Arias, Esq.  SBN: 115385
ARIAS SANGUINETTI WANG & TEAM LLP
6701 Center Drive West 1400
Los Angeles, CA 90045
(310) 844-9696

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

**JOSEPH VALLEJO, etc., et al.**            Plaintiff(s)

v.

**THE NEIL JONES FOOD COMPANY, etc.**
                                            Defendant(s)

**CASE NUMBER:**
5:24-cv-06835-VKD

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☐ Summons          ☐ First Amended Complaint      ☐ Third Party Complaint
      ☐ Complaint        ☐ Second Amended Complaint     ☐ Counter Claim
      ☐ Alias Summons    ☐ Third Amended Complaint      ☐ Cross Claim
      ☒ other **See attached Document List**

2. **Person served:**

   a. ☒ Defendant *(name:)* **The Neil Jones Food Company, d/b/a San Benito Foods**
   b. ☒ Other *(specify name and title or relationship to the party/business named):*
      **David J. Weiland - Authorized Agent**
   c. ☒ Address where the papers were served: **499 W Shaw Ave Ste 116**
      **Fresno, CA 937042516**

3. **Manner of Service** in compliance with *(the appropriate box must be checked):*

   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** *(date):* at *(time):*

   b. ☒ By **Substituted Service.** By leaving copies: **Regina Thompson - Front Desk/Authorized to Accept**
      Age: 40's        Weight: 140         Hair: Blonde     Sex: Female
      Height: 5'4      Eyes: Blue          Race: Caucasian  Marks:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☒ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☒ **Papers were served on** *(date):* **10/11/2024** at *(time):* **9:38 AM**

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☒ **papers were mailed on** Oct 11, 2024 - DECLARATION OF MAILING ATTACHED

      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

    d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

    e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

    f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

    g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

    h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

    a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

        Name of person served:

        **Title of person served:**

        **Date and time of service:**  *(date):*  at *(time):*

    b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

    c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*       a. Fee for service: $ **181.40**

    **BRIAN L. TURNER**  
    **Nationwide Legal, LLC**  
    **1609 James M Wood Blvd.**  
    **Los Angeles, CA 90015**  
    **(213) 249-9999**

    b. ☐ Not a registered California process server  
    c. ☐ Exempt from registration under B&P 22350(b)  
    d. ☒ Registered California process server  
        Registration # :  
        County: **Fresno**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **October 17, 2024**       **BRIAN L. TURNER**  
                              *Type or Print Server's Name*                        *(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

**Nationwide Legal, LLC**

1609 James M Wood Blvd.
Los Angeles, CA 90015
Phone: (213) 249-9999    Fax: (213) 249-9990

Continued from Proof of Service

**CLIENT:** ARIAS SANGUINETTI WANG & TEAM LLP

**CLIENT FILE #:** Vallejo, et al. v. The Neil Jones

**DATE:** October 17, 2024

**SUBJECT:** The Neil Jones Food Company, d/b/a San Benito Foods

**SERVED:** Regina Thompson - Front Desk/Authorized to Accept

**CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; STANDING ORDER FOR SETTLEMENT CONFERENCES MAGISTRATE JUDGE VIRGINIA K. DEMARCHI; ECF REGISTRATION INFORMATION; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF SUMMONS; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**



Order#: LA572459/DocAtt2010

| | | | | |
|---|---|---|---|---|
| Attorney or Party without Attorney: Mike Arias, Esq., SBN: 115385<br>ARIAS SANGUINETTI WANG & TEAM LLP<br>6701 Center Drive West 1400<br>Los Angeles, CA 90045<br>TELEPHONE No.: (310) 844-9696 FAX No. (Optional): (310) 861-0168<br>E-MAIL ADDRESS (Optional): mike@aswtlawyers.com<br>Attorney for: Plaintiffs JOSEPH VALLEJO, etc., et al. | | | | FOR COURT USE ONLY |
| Ref No. or File No.: Vallejo, et al. v. The Neil Jones | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Petitioner: JOSEPH VALLEJO, etc., et al.<br>Respondent: THE NEIL JONES FOOD COMPANY, etc. | | | | |
| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 5:24-cv-06835-VKD |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; STANDING ORDER FOR SETTLEMENT CONFERENCES MAGISTRATE JUDGE VIRGINIA K. DEMARCHI; ECF REGISTRATION INFORMATION; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF SUMMONS; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

   a. Date of Mailing:           October 11, 2024
   b. Place of Mailing:          Los Angeles, CA
   c. Addressed as follows:      The Neil Jones Food Company, d/b/a San Benito Foods
                                 ATTENTION: David J. Weiland - Authorized Agent
                                 499 W Shaw Ave Ste 116
                                 Fresno, CA 93704-2516

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: **$ 181.40**
   **Nationwide Legal, LLC REG: 12-234648**
   **1609 James M Wood Blvd.**
   **Los Angeles, CA 90015**
   **(213) 249-9999**
   **www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 11, 2024**.

Signature: _____
                              Arthur Chale

**PROOF OF SERVICE BY MAIL**

Order#: LA572459/mailproof