DAVID J. WEILAND #160447
Email: dweiland@ch-law.com
STEVEN C. CLARK #181050
Email: sclark@ch-law.com
COLEMAN & HOROWITT, LLP
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830
Attorneys for Defendant THE NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS

MIKE ARIAS #115385
Email: mike@aswtlawyers.com
Arnold C. Wang #204431
Email: arnold@aswtlawyers.com
ARIAS SANGUINETTI WANG & TEAM, LLP
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

STEVEN D. LIDDLE
Email: sliddle@lsccounsel.com
LAURA L. SHEETS
Email: lsheets@lsccounsel.com
D. REED SOLT
Email: rsolt@lsccounsel.com
LIDDLE SHEETS, P.C.
975 E. Jefferson Avenue
Detroit, Michigan 48207
Telephone: (313) 392-0015
Facsimile: (313) 392-0025

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VALLEJO, VICTOR ESPERICUETA and CHRISTOPHER JONES on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>THE NEIL JONES FOODS COMPANY, dba SAN BENITO FOODS,<br><br>Defendant. | Case No. 5:24-cv-06835-~~VKD~~ EKL<br><br>**ORDER**<br><br>February 5, 2025<br>**Current Initial CMC Date:** ~~January 7, 2025~~<br>**Current Initial CMC Time: 1:30 p.m.**<br>**Courtroom:  ~~2~~** |

The Stipulation to Extend the Time for Responsive Pleadings and Continue Initial Case Management Conference having been made and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. Defendant's responsive pleadings are to be filed on or before January 20, 2025.

2. The Initial Case Management Conference currently scheduled for ~~January 7, 2025~~, February 5, 2025 at 1:30 p.m. shall be continued to ~~May 6, 2025,~~ March 5, 2025 at 1:30 p.m. ~~in Courtroom 2~~ via zoom.  A joint case management statement shall be filed two weeks before the conference.

Dated: December 3, 2024

_____
HONORABLE EUMI K. LEE