DAVID J. WEILAND #160447
STEVEN C. CLARK #181050
Email: dweiland@ch-law.com
COLEMAN & HOROWITT, LLP
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendant THE NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS

STEVEN D. LIDDLE
Email: sliddle@lsccounsel.com
LAURA L. SHEETS
Email: lsheets@lsccounsel.com
MATTHEW Z. ROBB
Email: mrobb@lsccounsel.com
LIDDLE SHEETS, P.C.
975 E. Jefferson Avenue
Detroit, Michigan 48207
Telephone: (313) 392-0015
Facsimile: (313) 392-0025

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VALLEJO, VICTOR ESPERICUETA and CHRISTOPHER JONES on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>THE NEIL JONES FOODS COMPANY, dba SAN BENITO FOODS,<br><br>Defendant. | Case No. 5:24-cv-06835-EKL<br><br>**JOINT STIPULATION TO EXTEND THE TIME FOR REPONSIVE PLEADINGS AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[Filed with Proposed Order]<br><br>**Current Initial CMC Date: March 5, 2025**<br>**Current Initial CMC Time: 1:30 p.m.**<br>**Courtroom:  7** |

Plaintiffs, JOSEPH VALLEJO, VICTOR ESPERICUETA and CHRISTOPHER JONES on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant THE NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS ("Defendant"), by and through their respective attorneys of record, hereby stipulate and agree to the following:

/ / / /

## **RECITALS**

This stipulation is entered into based on the following facts:

A. Defendant's responsive pleadings are currently scheduled to be filed on or before January 20, 2025.

B. The Initial Case Management Conference is currently scheduled for March 5, 2025, at 1:30 p.m. in Courtroom 7 via zoom. A joint case management statement shall be filed two weeks before the conference.

C. Counsel for Defendant recently contacted counsel for Plaintiffs to discuss with them that during the applicable periods contained within Plaintiffs' Complaint, the wastewater treatment facility was being operated, pursuant to an operating agreement, by Sunnyslope County Water District ("Sunnyslope"), a governmental entity, and that the actions alleged by Plaintiffs may relate to the actions or inactions of Sunnyslope. Having just learned about this, and having received no documentation in support, Plaintiffs reserve the right to contest the factual bases for Defendant's contentions.

D. Forthwith, Defendant will be providing notice of this matter and a Government Code notice of claim to Sunnyslope. The parties would expect that Sunnyslope would respond to the Government Code claim within 45 days of receipt. Thereafter, with Defendant filing a cross claim, there would be an additional 30 days needed for Sunnyslope to respond to said cross claim.

E. Given the above, the Parties request that the date for Defendant's to provide responsive Pleadings be extended for 75 days until April 6, 2025.

F. The Parties would also request that the Initial Case Management Conference be extended until June 4, 2025.

G. The extended time is not being requested to impede the litigation or vex any parties. Rather, it is to allow for Sunnyslope to decide on the Government Code claim submitted and if rejected, to provide time for Defendant to file a cross claim and for Sunnyslope to respond to same. Further, it will allow all parties, including Sunnyslope, the opportunity to fully participate in all litigation and discovery activities from the beginning and avoid the prejudice which may occur if those matters proceed without affording Sunnyslope the opportunity to participate. Finally, this

time may also provide an opportunity to consider and discuss early case resolution.

## **STIPULATION**

The above facts having been taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties stipulate as follows:

1. The deadline for Defendant to file its responsive pleadings is continued to April 6, 2025.

2. The Initial Case Management Conference and all dates tied thereto, including but not limited to, the date for initial disclosures, shall be continued until June 4, 2025, or to a time otherwise set by the court, to permit this matter to be at issue before the Initial Case Management Conference.

2. This Stipulation may be executed in counterparts, and a facsimile and/or electronic signature shall be considered as valid as an original.

3. That except as otherwise provided herein, this Stipulation is made without prejudice to or waiver of any other rights of the parties hereto, all of which are expressly reserved.

Dated: January 16, 2025          COLEMAN & HOROWITT, LLP

By: _____
    DAVID J. WEILAND
    STEVEN C. CLARK
    Attorneys for Defendant THE NEIL
    JONES FOOD COMPANY dba SAN
    BENITO FOODS

Dated: January 16, 2025          LIDDLE SHEETS, P.C.

By: /s/ Matthew Z. Rob_____
    STEVEN LIDDLE
    LAURA SHEETS
    MATTHEW Z. ROBB
    Attorneys for Plaintiffs and the Putative
    Class