DAVID J. WEILAND #160447
Email: dweiland@ch-law.com
STEVEN C. CLARK #181050
Email: sclark@ch-law.com
COLEMAN & HOROWITT, LLP
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendant THE NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VALLEJO, VICTOR ESPERICUETA and CHRISTOPHER JONES on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>THE NEIL JONES FOODS COMPANY, dba SAN BENITO FOODS,<br><br>Defendant. | Case No. 5:24-cv-06835-NW<br><br>**DEFENDANT NEIL JONES FOODS COMPANY DBA SAN BENITO FOODS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, Sunnyslope County Water District, 3570 Airline Highway, Hollister, California, would be the only entity to report.

Dated:   March 17, 2025              COLEMAN & HOROWITT, LLP

                                     By: _____
                                         STEVEN C. CLARK
                                         DAVID J. WEILAND
                                         Attorneys for Defendant, THE NEIL
                                         JONES FOOD COMPANY, dba SAN
                                         BENITO FOODS