AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS, erroneously sued as THE NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS <br><br> *Cross-Complainant* <br> v. <br> SUNNYSLOPE COUNTY WATER DISTRICT, a proprietary entity; ROES 1-10 inclusive, <br><br> *Cross-Defendant(s)* | Civil Action No. 5-24-cv-06835-NW |

## SUMMONS IN A CIVIL ACTION

To: *(Counter-Defendant's name and address)*: SUNNYSLOPE COUNTY WATER DISTRICT, a proprietary entity.
3570 Airline Hwy.
Hollister, CA 95023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Steven C. Clark, SBN 181050
David Weiland, SBN 160447
Coleman & Horowitt, LLP
499 W. Shaw Avenue, Suite 116
Fresno, CA 93704

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*