AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS, erroneously sued as THE NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS<br><br>*Cross-Complainant*<br>v.<br><br>SUNNYSLOPE COUNTY WATER DISTRICT, a proprietary entity; ROES 1-10 inclusive,<br><br>*Cross-Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 5-24-cv-06835-NW<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**
Crossclaim Complaint

To: *(Counter-Defendant's name and address)*: SUNNYSLOPE COUNTY WATER DISTRICT, a proprietary entity.
3570 Airline Hwy.
Hollister, CA 95023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven C. Clark, SBN 181050
David Weiland, SBN 160447
Coleman & Horowitt, LLP
499 W. Shaw Avenue, Suite 116
Fresno, CA 93704

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date:  4/18/2025

*Signature of Clerk or Deputy Clerk*
Mark Romyn

| | |
|---|---|
| 1 | DAVID J. WEILAND #160447 |
| 2 | Email: dweiland@ch-law.com<br>STEVEN C. CLARK #181050 |
| 3 | Email: sclark@ch-law.com<br>COLEMAN & HOROWITT, LLP |
| 4 | 499 W. Shaw Avenue, Suite 116<br>Fresno, California 93704 |
| 5 | Telephone: (559) 248-4820<br>Facsimile: (559) 248-4830 |
| 6 | Attorneys for Defendant NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VALLEJO, VICTOR ESPERICUETA and CHRISTOPHER JONES on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>THE NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS<br><br>Defendant. | Case No.: 5-24-cv-06835-NW<br><br>**CERTIFICATE OF SERVICE** |
| THE NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS<br><br>Cross-Complainant,<br><br>v.<br><br>SUNNYSLOPE COUNTY WATER DISTRICT, a proprietary entity; ROES 1 – 10, inclusive,<br><br>Cross-Defendants | |

# CERTIFICATE OF SERVICE

I declare that I am a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On April 18, 2025, I served the following documents: **SUMMONS IN A CIVIL ACTION** on the interested parties, addressed as follows:

| MIKE ARIAS<br>ARNOLD C. WANG<br>ARIAS SANGUINETTI WANG<br>6701 Center Drive West, 14th Floor<br>Los Angeles, CA 90045<br>Telephone: (310) 844-9696<br>Facsimile: (310) 861-0168<br>Email: arnold@aswtlawyers.com<br><br>*Attorneys for Plaintiffs and the Putative Class* | STEVEN D. LIDDLE<br>LAURA L. SHEETS<br>MATTHEW Z. ROBB<br>LIDDLE SHEETS, P.C.<br>975 E. Jefferson Avenue<br>Detroit, Michigan 48207<br>Telephone: (313) 392-0015<br>Facsimile: (313) 392-0025<br>Email: mrobb@lsccounsel.com<br><br>*Attorneys for Plaintiffs and the Putative Class* |
|---|---|

[X] **BY ELECTRONIC FILING/SERVICE.** Pursuant to Electronic Filing and Service Order signed by the Court assigning this case to the electronic filing and service system, I caused such document(s) to be Electronically Filed and Served through the ECF system for the above-entitled case. The file transmission was reported as complete, and a copy of the Notice of Electronic Filing will be maintained with the original document(s) in our office.

[ ] **BY OVERNIGHT COURIER:** By causing the document(s) listed above to be picked up by an overnight courier service company for delivery to the address(es) listed below on the next business day.

[X] **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on April 18, 2025, at Fresno, California.

*Juliana Stafford*
Juliana Stafford