1  DAVID J. WEILAND #160447
   Email: dweiland@ch-law.com
2  STEVEN C. CLARK #181050
   Email: sclark@ch-law.com
3  COLEMAN & HOROWITT, LLP
   499 W. Shaw Avenue, Suite 116
4  Fresno, California 93704
   Telephone: (559) 248-4820
5  Facsimile: (559) 248-4830

6  Attorneys for Defendant NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH VALLEJO, VICTOR ESPERICUETA and CHRISTOPHER JONES on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>THE NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS<br><br>Defendant. | Case No.: 5-24-cv-06835-NW<br><br>**PROOF OF SERVICE OF SUMMONS ON CROSS-CLAIM TO SUNNYSLOPE COUNTY WATER DISTRICT** |
|---|---|
| THE NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS<br><br>Cross-Complainant,<br><br>v.<br><br>SUNNYSLOPE COUNTY WATER DISTRICT, a proprietary entity; ROES 1 – 10, inclusive,<br><br>Cross-Defendants | |

| Attorney or Party without Attorney: David Weiland, SBN: 160447<br>Coleman & Horowitt, LLP<br>499 West Shaw Ave, Suite 116<br>Fresno, CA 93704<br>TELEPHONE No.: (559) 248-4820  FAX No. (Optional): (559) 248-4830<br>E-MAIL ADDRESS (Optional):<br>Attorney for: | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: 13389.08 | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT - NORTHERN DISTRICT

Plaintiff: JOSEPH VALLEJO; et al.
Defendant: THE NEIL JONES FOOD COMPANY; and etc.

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 5-24-cv-06835-NW |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Summons; Cross-Claim; Order; Joint Case Management Statement; Order Reassigning Case; Certificate of Interested Entities; Motion to Dismiss; Proposed Order; ECF Registration Information; Standing Order; Standing Order for all Judges; Consent or Declination; Notice of a Lawsuit; Waiver of Service of Summons; Notice of Errata; Joint Stipulation to Extend Briefing Schedule; Declaration of Matthew Rob**

PARTY SERVED: **SUNNYSLOPE COUNTY WATER DISTRICT, a proprietary entity**
PERSON SERVED: **Drew A. Lander - Agent for Service**
DATE & TIME OF DELIVERY: **4/25/2025  3:12 PM**
ADDRESS, CITY, AND STATE: **3570 Airline Hwy, Hollister, CA 95023**

PHYSICAL DESCRIPTION:
- Age: 50   Weight: 200   Hair: Grey
- Sex: Male   Height: 6'1"   Eyes: Brown
- Race: Caucasian   Marks:

**MANNER OF SERVICE:**
Personal Service - By personally delivering copies.

Fee for Service: $ 169.50
County: San Benito
Registration No.: PS202401
Eddings Attorney Support Services, Inc.
1099 East Champlain Dr., Suite A-102
Fresno, CA 93720
(559) 222-2274
Ref: 13389.08

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on April 30, 2025.

Signature: *Angela Valencia*
Angela Valencia - Registered Process Server

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]   Order#: E476132/General

# **CERTIFICATE OF SERVICE**

I declare that I am a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On May 15, 2025, I served the following documents: **PROOF OF SERVICE OF SUMMONS ON CROSS-CLAIM TO SUNNYSLOPE WATER DISTRICT** on the interested parties, addressed as follows:

| | |
|---|---|
| MIKE ARIAS<br>ARNOLD C. WANG<br>ARIAS SANGUINETTI WANG<br>6701 Center Drive West, 14th Floor<br>Los Angeles, CA 90045<br>Telephone: (310) 844-9696<br>Facsimile: (310) 861-0168<br>Email: arnold@aswtlawyers.com<br><br>*Attorneys for Plaintiffs and the Putative Class* | STEVEN D. LIDDLE<br>LAURA L. SHEETS<br>MATTHEW Z. ROBB<br>LIDDLE SHEETS, P.C.<br>975 E. Jefferson Avenue<br>Detroit, Michigan 48207<br>Telephone: (313) 392-0015<br>Facsimile: (313) 392-0025<br>Email: mrobb@lsccounsel.com<br><br>*Attorneys for Plaintiffs and the Putative Class* |

[X]   **BY ELECTRONIC FILING/SERVICE.** Pursuant to Electronic Filing and Service Order signed by the Court assigning this case to the electronic filing and service system, I caused such document(s) to be Electronically Filed and Served through the ECF system for the above-entitled case. The file transmission was reported as complete, and a copy of the Notice of Electronic Filing will be maintained with the original document(s) in our office.

[]   **BY OVERNIGHT COURIER:** By causing the document(s) listed above to be picked up by an overnight courier service company for delivery to the address(es) listed below on the next business day.

[X]   **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on May 15, 2025, at Fresno, California.

_____
Juliana Stafford