**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
JAY C. PATTERSON, SB# 238829
  E-Mail: Jay.Patterson@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Cross-Defendant, SUNNYSLOPE COUNTY WATER DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH VALLEJO, VICTOR ESPERICUETA and CHRISTOPHER JONES on behalf of themselves and all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>THE NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS,<br><br>            Defendant.<br><br>THE NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS,<br><br>            Cross-Complainant,<br><br>     vs.<br><br>SUNNYSLOPE COUNTY WATER DISTRICT, a proprietary entity; ROES 1-10, inclusive,<br><br>            Cross-Defendant. | Case No. 5:24-cv-06835-NW<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THE NEIL JONES FOOD COMPANY DBA SAN BENITO FOODS CROSS-COMPLAINT**<br><br>Date:     October 1, 2025<br>Time:    9:00 a.m.<br>Crtrm.:   3 – 5th Floor<br><br>Trial Date:           None Set |

/ / /

/ / /

1  PLEASE TAKE NOTICE that on October 1, 2025 at 9:00 a.m. or as soon thereafter as the
2  matter may be heard by the Honorable Noel Wise, Courtroom 3, of the United States District Court,
3  Northern District of California, located at 280 South 1st Street, San Jose, CA 95113, Cross-
4  Defendant Sunnyslope County Water District ("SCWD") will, and hereby does, move to dismiss
5  the Third through Sixth causes of action from Cross-Complainant THE NEIL JONES FOOD
6  COMPANY, dba SAN BENITO FOODS' ("NJFC" or "Cross-Complainant") Cross-Complaint
7  pursuant to Federal Rules of Civil Procedure ("FRCP") 12(b)(6). The legal basis for the Motion to
8  Dismiss is as follows:

9  Pursuant to FRCP 12(b)(6), Cross-Defendant moves to dismiss the Third through Sixth
10  causes of action of the Cross-Complaint on the ground that they fail to state a cause of action against
11  public entity SCWD in that they fail to state a statutory basis for liability as required by California
12  Government Code Section 815(a).

13  The Motion is based on this Notice of Motion and Motion to Dismiss, the accompanying
14  Memorandum of Points and Authorities and all facts the Court may or should take judicial notice
15  of, the pleadings, records, and files in this action, and any oral or documentary evidence presented
16  at the hearing on this Motion.

17  DATED:  June 17, 2025                    LEWIS BRISBOIS BISGAARD & SMITH LLP

19                                              By:   */s/ Joseph A. Salazar, Jr.*
20                                                    JOSEPH A. SALAZAR JR.
                                                      Attorneys for Cross-Defendant, SUNNYSLOPE
21                                                    COUNTY WATER DISTRICT

**FEDERAL COURT PROOF OF SERVICE**
Joseph Vallejo, et al. v. The Neil Jones Food Company, et al.
Case No. 5:24-cv-06835-NW

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 17, 2025, I served the following document(s):

- NOTICE OF MOTION AND MOTION TO DISMISS THE NEIL JONES FOOD COMPANY DBA SAN BENITO FOODS CROSS-COMPLAINT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 17, 2025, at Sacramento, California.

*/s/ Alicia Crespo*
Alicia Crespo

---

158222880.1     1     Case No. 5:24-cv-06835-NW

NOTICE OF MOTION AND MOTION TO DISMISS THE NEIL JONES FOOD COMPANY DBA SAN BENITO FOODS CROSS-COMPLAINT

**SERVICE LIST**
**Joseph Vallejo, et al. v. The Neil Jones Food Company, et al.**
**Case No. 5:24-cv-06835-NW**

| | |
|---|---|
| Mike Arias<br>Arnold C. Wang<br>Arias Sanguinetti Wang & Team LLP<br>6701 Center Drive West, 14th Floor<br>Los Angeles, California 90045 | Attorneys for Plaintiffs, JOSEPH VALLEJO, VICTOR ESPERICUETA and CHRISTOPHER JONES on behalf of themselves and all others similarly situated<br><br>T: 310-844-9696<br>F: 310-861-0168<br>mike@aswtlawyers.com<br>arnold@aswtlawyers.com |
| Steven D. Liddle<br>Laura L. Sheets,<br>D. Reed Solt<br>Liddle Sheets PC<br>975 E. Jefferson Avenue<br>Detroit, Michigan 48207<br><br>*Pro Hac Vice Applications to be submitted | Attorneys for Plaintiffs, JOSEPH VALLEJO, VICTOR ESPERICUETA and CHRISTOPHER JONES on behalf of themselves and all others similarly situated<br><br>T: 313-392-0015<br>F: 313-392-0025<br>sliddle@lsccounsel.com<br>lsheets@lsccounsel.com<br>rsolt@lsccounsel.com<br>mrobb@lsccounsel.com |
| David J. Weiland<br>Steven C. Clark<br>Coleman & Horowitt, LLP<br>499 W. Shaw Avenue, Suite 116<br>Fresno, CA 93704 | Attorneys for Defendant/Cross-Complainant NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS<br><br>T: 559-248-4820<br>F: 559-248-4830<br>sclark@ch-law.com<br>dweiland@ch-law.com |

