1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          San Jose Division

11

12   JOSEPH VALLEJO, et al.,                    Case No. 24-cv-06835-NW

13              Plaintiffs,
                                                **ORDER DISCHARGING**
14        v.                                    **JUNE 16, 2025 ORDER TO SHOW**
                                                **CAUSE; ORDER RE CASE**
15   THE NEIL JONES FOOD COMPANY, et            **SCHEDULE**
     al.,
16                                              ECF Nos. 42, 55
              Defendants.

17

18        The Court has reviewed Steven C. Clark's Response to the Order to Show Cause.  ECF

19   No. 53; *see also* Order to Show Cause, ECF No. 42.  The Court is satisfied with Mr. Clark's

20   response and discharges the Order and associated hearing date accordingly.  The Court does not

21   require any further action on this issue.

22        The Court has also reviewed the parties' joint case management statement in anticipation

23   of the Case Management Conference set for July 28, 2025.  ECF No. 55.  In the light of the

24   information provided, the Court schedules the trial to begin on **November 30, 2026** at 9:00am

25   with a Pretrial Conference set for **November 18, 2026** at 2:00pm. If the parties file any dispositive

26   or *Daubert* motions, that hearing will be held on **September 16, 2026** at 9:00am.  The July 28,

27   2025 case management conference is vacated.

28        As to the remaining deadlines, the parties have requested that discovery in this case be

United States District Court
Northern District of California

divided into two phases with the initial phase focused on class certification. The Court has no issue with bifurcating discovery provided the dates listed above remain unchanged. Parties shall meet and confer to set the deadlines accordingly and file their proposed schedule by July 23, 2025. If the parties cannot agree to a schedule, the Court will issue the deadlines provided below.

DEFAULT DEADLINES

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br>   ☐ Court-sponsored mediation<br>   ☐ Court-sponsored ENE<br>   ☐ Mag. Judge Settlement Conf.<br>   ☒ Private mediation<br>   ☐ Private arbitration<br>   ☐ Other: | January 16, 2026 |
| Close of Class Certification Discovery | December 5, 2025 |
| Deadline to File Motion for Class Certification | **Motions**: February 6, 2026<br>**Responses**: February 20, 2026<br>**Replies**: February 27, 2026 |
| Hearing on Motion for Class Certification | April 1, 2026 |
| Close of Fact Discovery | April 17, 2026 |
| Opening Expert Reports | May 15, 2026 |
| Rebuttal Expert Reports | June 12, 2026 |
| Close of Expert Discovery | July 3, 2026 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: July 24, 2026<br>**Responses**: August 7, 2026<br>**Replies**: August 14, 2026 |
| Hearing on Dispositive and *Daubert* Motions | September 16, 2026 at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | November 4, 2026 |
| Final Pretrial Conference | November 18, 2026 at 2:00 p.m. |
| Trial | November 30, 2026 at 9:00 a.m. |
| Length of trial | 10 days |

**IT IS SO ORDERED.**

Dated: July 16, 2025

_____
Noël Wise
United States District Judge

United States District Court
Northern District of California

2