1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JOSEPH A. SALAZAR JR., SB# 169551
2     E-Mail: Joe.Salazar@lewisbrisbois.com
   JAY C. PATTERSON, SB# 238829
3     E-Mail: Jay.Patterson@lewisbrisbois.com
   2020 West El Camino Avenue, Suite 700
4  Sacramento, California 95833
   Telephone: 916.564.5400
5  Facsimile: 916.564.5444

6  Attorneys for Cross-Defendant, SUNNYSLOPE
   COUNTY WATER DISTRICT

7

8

9                UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| | |
|---|---|
| JOSEPH VALLEJO, VICTOR ESPERICUETA and CHRISTOPHER JONES on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS,<br><br>　　　　Defendant. | Case No. 5:24-cv-06835-NW<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER DATED SEPTEMBER 17, 2026 (DCKT. 59)**<br><br>Judge:　Hon. Noel Wise<br>Crtrm.:　3<br><br>Trial Date:　　　March 22, 2027 |
| THE NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS,<br><br>　　　　Cross-Complainant,<br><br>　vs.<br><br>SUNNYSLOPE COUNTY WATER DISTRICT, a proprietary entity; ROES 1-10, inclusive,<br><br>　　　　Cross-Defendant. | |



Case No. 5:24-cv-06835-NW
STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER DATES

1   Pursuant to Civil Local Rules 5, 6-1, 6-2, and 7-12, the parties herein, by and through their
2 counsel of record, stipulate as follows:
3   WHEREAS, on September 17, 2026, the Court entered a Scheduling Order (Dkt. 59)
4 setting the date by which to complete private mediation for January 16, 2026;
5   WHEREAS, the parties had set a mediation within the time set by the Court for a
6 mediation with Hon. Dean Pregerson;
7   WHEREAS, lead trial counsel for Cross-Defendant SUNNYSLOPE COUNTY WATER
8 DISTRICT ("Sunnyslope") was set for trial beginning on January 12, 2026 in the matter of *Doe v.*
9 *Support Systems Homes, Inc.*, Case No. 23CV410157, in Santa Clara County Superior Court,
10 before Hon Socrates Manoukian;
11   WHEREAS, the parties met and conferred to find an available alternative date for the
12 mediation so as to not conflict with the trial calendar of lead trial counsel for Sunnyslope to
13 participate in the mediation;
14   WHEREAS, the parties rescheduled the mediation for February 9, 2026;
15   WHEREAS, after the alternative date for mediation was set, trial in *Doe* did not
16 commence, but began trailing and is now expected to begin on January 20, 2026;
17   WHEREAS, trial in *Doe* will go five days a week and is expected to be completed in two
18 weeks;
19   WHEREAS, the February 9, 2026 mediation date will allow lead trial counsel for
20 Sunnyslope to participate in the mediation;
21   WHEREAS, the mediation date will be outside the time allowed by the Scheduling Order
22 to complete private mediation;
23   WHEREAS, the parties have previously requested and been granted modifications to the
24 Scheduling Order upon motion by Defendant/Cross-Complainant THE NEIL JONES FOOD
25 COMPANY dba SAN BENITO FOODS (Dkt. 58);
26   WHEREAS, the requested change would only modify the date for completing private
27 mediation and will not affect other dates set in the Scheduling Order;
28   NOW THEREFORE, the parties stipulate as follows:

That the date for completing private mediation be continued to February 13, 2026

DATED: January 14, 2026

STEVEN D. LIDDLE
LAURA L. SHEETS
LIDDLE SHEETS P.C.

By: /s/
LAURA SHEETS
Attorneys for Plaintiffs and the Putative Class

DATED: January 13, 2026

DAVID J. WEILAND
STEVEN C. CLARK
COLEMAN & HOROWITT LLP

By: /s/
STEVEN C. CLARK
Attorneys for Defendant/Cross-Complainant, THE NEIL JONES FOOD COMPANY dba SAN BENITO FOODS

DATED: January 13, 2026

JOSEPH A. SALAZAR JR.
JAY C. PATTERSON
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/
JAY C. PATTERSON
Attorneys for Cross-Defendant, SUNNYSLOPE COUNTY WATER DISTRICT

## [PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing therefor,

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: January 15, 2026

_____
NOËL WISE
United States District Judge