Steven D. Liddle, Esq.*
sliddle@lsccounsel.com
Laura L. Sheets, Esq.*
lsheets@lsccounsel.com
Matthew Z. Robb, Esq.*
mrobb@lsccounsel.com
**LIDDLE SHEETS P.C.**
*Appearing *Pro Hac Vice*
975 E. Jefferson Avenue
Detroit, Michigan 48207
Telephone: (313) 392-0015

*Attorneys for Plaintiffs and the Putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VALLEJO, VICTOR ESPERICUETA and CHRISTOPHER JONES on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>THE NEIL JONES FOODS COMPANY, dba SAN BENITO FOODS,<br><br>Defendant.<br>_____<br>THE NEIL JONES FOOD COMPANY, d/b/a SAN BENITO FOODS,<br><br>Cross-Complainant,<br><br>vs.<br>SUNNYSLOPE COUNTY WATER DISTRICT,<br><br>Third-Party Defendant. | Case No. 5:24-cv-06835-EKL<br><br>Hon. Noël Wise<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Filed with Proposed Order]<br><br>**Hearing Date: August 26, 2026**<br>**Hearing Time: 10:00 a.m.**<br>**Courtroom:  3** |

Plaintiffs, JOSEPH VALLEJO, VICTOR ESPERICUETA and CHRISTOPHER JONES on behalf of themselves and all others similarly situated ("Plaintiffs"), Defendant THE NEIL JONES FOOD COMPANY, dba SAN BENITO FOODS ("Defendant"), and Third-Party Defendant SUNNYSLOPE COUNTY WATER DISTRICT, by and through their respective attorneys of record, hereby stipulate and agree to the following:

## RECITALS

This stipulation is entered into based on the following facts:

A.    On June 30, 2026, the Court entered an Order Directing Plaintiffs to File Proposed Settlement Agreement by no later than close of business on July 31, 2026. (Doc. 73).

B.    Through the Order, the Court set an in-person hearing for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement for Wednesday, August 26, 2026, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California.

C.    On July 30, 2026, Plaintiffs filed their Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement. (Doc. 74).

D.    While Plaintiffs are looking forward to the opportunity to address the proposed settlement with the Court, lead and associate counsel for Plaintiffs are unavailable on that date due to previously scheduled travel and conflicting deadlines in other matters.

E.    On August 5, 2026, the Parties jointly emailed Judge Wise's Courtroom Deputy to notify the Court regarding the scheduling conflict and to request alternative dates for the Preliminary Approval Hearing.

F.    On August 11, 2026, Judge Wise's Courtroom Deputy responded with alternative dates for the Preliminary Approval Hearing, including October 14, October 21, and October 28, 2026, and instructed the Parties to meet and confer and file a stipulation with an agreed-upon date.

G.    The Parties have met and conferred, and the only mutually available date for all Parties is October 14, 2026. Accordingly, the Parties request that the Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval be continued from August 26, 2026 to October 14, 2026, at 9:00 a.m.

H.    The continuation of the hearing is made in good faith based upon genuine and

unavoidable scheduling conflicts.

**<u>STIPULATION</u>**

The above facts having been taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the Parties stipulate as follows:

1. For good cause shown, the Parties stipulate and agree to continue the Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement Agreement from August 26, 2026 to October 14, 2026, at 9:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California before Hon. District Judge Noël Wise.

Dated: August 12, 2026                    LIDDLE SHEETS, P.C.


By:     */s/ Matthew Z. Robb*
        STEVEN LIDDLE
        LAURA SHEETS
        MATTHEW Z. ROBB

        *Attorneys for Plaintiffs and the Putative Class*


Dated: August 12, 2026                    COLEMAN & HOROWITT, LLP

By:     */s/ Steven C. Clark*
        DAVID J. WEILAND
        STEVEN C. CLARK

        *Attorneys for Defendant THE NEIL JONES FOOD COMPANY dba SAN BENITO FOODS*


Dated: August 12, 2026                    LEWIS BRISBOIS BISGAARD & SMITH, LLP

By:     */s/ Jay C. Patterson*
        JAY CLIFTON PATTERSON
        JOSEPH A. SALAZAR

        *Attorneys for Third Party Defendant Sunnyslope County Water District*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement Agreement is hereby continued from August 26, 2026 at 10:00 a.m. (Doc. 73) to October 14, 2026, at 9:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California before Hon. District Judge Noël Wise.

DATED: August 14, 2026

_____
Hon. Noël Wise, United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT